# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PAUL RICHESON | § § | |
| v. | § § § | CIVIL ACTION NO. 3:24-CV-0038-S |
| GRANICUS, LLC | § | |

### ORDER

This Order addresses Plaintiff's Unopposed Motion to Compel Arbitration and Opposed Motion to Stay Proceedings Pending Arbitration ("Motion") [ECF No. 6]. Upon review and consideration of the Motion and Defendant Granicus, LLC's Response to Plaintiff's Unopposed Motion to Compel Arbitration and Opposed Motion to Stay Proceedings Pending Arbitration [ECF No. 7], the Court **GRANTS** the Motion to compel arbitration and finds that staying the case is appropriate. Accordingly, this case is **STAYED** and **ADMINISTRATIVELY CLOSED** until such time as an award of arbitration is presented to the Court, or the parties inform the Court that they have resolved their dispute without the need for further action by the Court.

**SO ORDERED.**

SIGNED April 3, 2024.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**