# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| PAUL RICHESON | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-0038-S |
| GRANICUS, LLC | § § | |

### ORDER

Plaintiff Paul Richeson has filed a Stipulation of Dismissal with Prejudice ("Stipulation") [ECF No. 9]. The Clerk is directed to **REOPEN** this case to enable the dismissal of this case with prejudice pursuant to the Stipulation.

In light of the Stipulation, all claims that Plaintiff asserts, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED September 12, 2024.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE